IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEVEN E. LANDIS,
    Plaintiff,

v.

DAVID PHALEN, FAIRFIELD
COUNTY SHERIFF, et al.,
    Defendants.

Case No. 2:05-CV-649
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

In light of the Defendants' filing of a Notice of Appeal on October 4, 2007, the Final Pretrial Conference and Trial are **VACATED**.

IT IS SO ORDERED.

10-9-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE